OSCN Found Document:CASH v. STATE

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 CASH v. STATE
2024 OK CR 17
Case Number: RE-2022-638
Decided: 06/28/2024
STEVEN JAMES CASH, Appellant v. THE STATE OF OKLAHOMA, Appellee

Cite as: 2024 OK CR 17, __ __

 

CORRECTION ORDER
¶1 On January 25, 2024, this Court issued a summary opinion in Case No. RE-2022-638 affirming the revocation of Appellant's suspended sentence in Cleveland County District Court Case No. CF-2014-1824. See Cash v. State, 2024 OK CR 1, 543 P.3d 687. Paragraph 15 of that summary opinion erroneously states "declarant" but should state "defendant."
¶2 Paragraph 15 of this Court's January 25, 2024, summary opinion in Case No. RE-2022-638 is CORRECTED to reflect "defendant."
¶3 IT IS SO ORDERED.
¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 28th day of June, 2024.
 

/S/SCOTT ROWLAND, Presiding Judge
/S/WILLIAM J. MUSSEMAN, Vice Presiding Judge
/S/GARY L. LUMPKIN, Judge
/S/DAVID B. LEWIS, Judge
/S/ROBERT L. HUDSON, Judge
 
ATTEST:
/s/John D. Hadden
Clerk

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 Oklahoma Court of Criminal Appeals Cases

 
Cite
Name
Level

 
2024 OK CR 1, 543 P.3d 687, 
CASH v. STATE
Cited

 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA